IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES NELSON,

    Plaintiff,                                                                No. C 07-01041 JSW

  v.                                                                    **ORDER**

UNITED STATES OF AMERICA,

    Defendant.

_____/

      The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits. Plaintiff is directed to serve this Order on Defendant, and thereafter the parties are directed to meet and confer regarding reassignment and to file, on or before April 6, 2007, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

      **IT IS SO ORDERED.**

Dated: February 26, 2007

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE