1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JAMES A. ZITO, ESQ.**, State Bar #96272
**LAW OFFICE OF JAMES A. ZITO**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**Tel.: (707) 269-0743**
**Fax: (707) 269-0220**

**Attorney for Plaintiff, James Nelson**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES NELSON,** ) | **Case No.: C-07-01041 JSW** |
| ) | |
| **Plaintiff,** ) | **REQUEST FOR CONTINUANCE OF** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| **v.** ) | AND ORDER GRANTING REQUEST |
| ) | **DATE: JUNE 1, 2007** |
| **UNITED STATES OF AMERICA; ET AL.** ) | **TIME: 1:00 P.M.** |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| _____ ) | |

     Plaintiff, James Nelson, submits the following request for Continuance of the Case Management Conference.

     Following the filing of this action James Nelson also commenced a maritime claim for his injuries sustained while working on a fishing vessel. Damages on a claim of that type include any subsequent malpractice. The malpractice would include the claims being asserted by plaintiff in this case. Plaintiff's attorney, James Zito, has been in ongoing communications with the attorney for Mr. Nelson on the maritime claim. The parties on that claim are close to settlement. When that claim settles it will render the instant claim moot. I have communicated my intent to ask for a continuance with the other party to this case but not the U.S. as I have no contact person on that

-1-

1

party.  It is anticipated the maritime claim will be resolved in the next 60-days and a Request for

2

Dismissal will be submitted in this case.  Accordingly it is respectfully requested that the instant

3

Case Management Conference be continued for at least 60-days so that the other case can be

4

concluded and this case dismissed.

5

6

Dated:  May 25, 2007                              LAW OFFICE OF JAMES A. ZITO

7

8

By_____
James A. Zito, Attorney for Plaintiff

9

10

For good cause shown, Plaintiff's request to continue the case management conference is
GRANTED and the case management conference is HEREBY CONTINUED to August 3,

11

2007 at 1:30 p.m.  Plaintiff is FURTHER ORDERED to serve a copy of this Order on all
parties including the United States.

12

13

May 29, 2007

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Coninuance of CMC
Case No. C-07-01041 JSW