JAMES A. ZITO, ESQ., State Bar #96272
LAW OFFICE OF JAMES A. ZITO
611 "L" Street, Suite A
Eureka, CA 95501
Tel.: (707) 269-0743
Fax: (707) 269-0220

Attorney for Plaintiff, James Nelson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES NELSON, | Case No.: C-07-01041 JSW |
| Plaintiff, | REQUEST FOR DISMISSAL, AND ORDER THEREON |
| v. | |
| UNITED STATES OF AMERICA; ET AL. | |
| Defendants. | |

 Plaintiff, James Nelson, submits the following Request for Dismissal, and Order Thereon.

 In addition to the above action plaintiff James Nelson also commenced a maritime claim for his injuries sustained while working on a fishing vessel. Damages on a claim of that type include any subsequent medical malpractice. A settlement has been reached in the maritime claim. The instant medical malpractice claim is now moot. Accordingly plaintiff now requests that this case be dismissed.

Dated: June 18, 2007          LAW OFFICE OF JAMES A. ZITO

                  By_____
                  James A. Zito, Attorney for Plaintiff

-1-

ORDER

Good cause appearing the above matter is hereby ordered dismissed.

Dated: June 19, 2007

_____
Jeffrey S. White,
U.S. District Court Judge